[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 7, 2009
THOMAS K. KAHN
CLERK

No. 09-11710
Non-Argument Calendar

_____

D. C. Docket No. 08-00042-CR-RH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DASHAWN QUANTRAVIOUS LEWIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(December 7, 2009)

Before TJOFLAT, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Dashawn Quantravious Lewis

in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant on the ground that the appeal has no arguable merit, and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lewis's conviction and sentence are **AFFIRMED**.